UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYONTE OATES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FELIPE MARTINEZ, JR., Warden,<br><br>　　　　　Respondent. | Case No. EDCV 21-0907 RGK (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

\\

\\

\\

\\

     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 27, 2022

*/s/ Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE