JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYONTE OATES, | Case No. EDCV 21-0907 RGK (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FELIPE MARTINEZ, JR., Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 27, 2022

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE